# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Mary Desfassiaux

                    Plaintiff,

v.                                  Case No.: 1:14–cv–08663
                                    Honorable Gary Feinerman

Blatt, Hasenmiller, Leibsker & Moore, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Defendant's motion to stay [48] is entered and continued until 10/26/2015 at 9:15 a.m. Motion hearing set for 10/1/2015 [49] is stricken. Status hearing set for 10/1/2015 [47] is stricken and re–set for 10/26/2015 at 9:15 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.