UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Mary Desfassiaux

                            Plaintiff,

v.                                                       Case No.: 1:14−cv−08663
                                                       Honorable Gary Feinerman

Blatt, Hasenmiller, Leibsker & Moore, LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 4/28/2016 at 9:00 a.m. For the reasons stated on the record, Defendant's motion to stay [48] is denied without prejudice.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.